**Lawrence A. NEWMAN, Plaintiff—Appellant,**

v.

**PHYSICAL ELECTRONICS, INC.,
a Delaware Corporation,
Defendant—Appellee.**

**No. 00–35319.**

**D.C. No. CV–99–00147–EJL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2001*.

Decided Nov. 19, 2001.

Before KOZINSKI and GOULD, Circuit Judges, and SCHWARZER, Senior District Judge.**

MEMORANDUM***

Viewing the agreement as a whole, we agree with the district court that the phrase "change in business conditions" was not ambiguous. *See St. Clair v. Krueger,* 115 Idaho 702, 769 P.2d 579, 582 (Idaho 1989). Therefore, the contract's interpretation is a question of law. *See Ada County Assessor v. Taylor,* 124 Idaho 550, 861 P.2d 1215, 1218 (Idaho 1993). Uncontroverted evidence showed that Physical Electronics had suffered a major loss of business. The district court correctly held that this amounted to a "change in business conditions," giving Physical Electronics the right to terminate Newman's employment.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.